**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CR. No. 04-101-02ML** |
| **v.** | : | **04-102-02ML** |
| | : | **04-104-02ML** |
| **JOEL FRANCISCO** | : | |

**GOVERNMENT'S THIRD MOTION TO CONTINUE TRIAL**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch and Mary E. Rogers, Assistant United States Attorneys, and hereby requests a continuance of the jury impanelment date for the above-captioned matters. The grounds for the government's request are as follows:

1. The defendant has another related case pending before the Court (CR. No. 04-100ML). Francisco was tried on this matter before a jury on April 25, 26 and 27, 2005. On April 27, 2004, the jury convicted Francisco. On April 13, 2005, the government filed a motion to continue the trial on the remaining three cases involving the defendant, Joel Francisco. The government is now seeking a continuance to the September trial calendar. As reasons for this request the government states that the sentencing for the Defendant on CR. No. 04-100ML has been scheduled for August 19, 2005.

2. The delay resulting from the trial of those other

charges should be excluded in computing the time within which the trials in the above-captioned cases must commence; 18 U.S.C. § 3161(h)(1)(D);

3. The ends of justice served by granting the government's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial; 18 U.S.C. § 3161(h)(8)(A); and,

4. The defendant, through counsel, does not object to the government's motion and, in fact, joins with the government in requesting the continuance.

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

## Certificate of Service

I hereby certify that on the 5th day of July, 2005, a copy of the within Government's Motion was mailed, postage prepaid, to Damon D'Ambrosio, Esquire, 1845 Smith Street, North Providence, Rhode Island 02911.