IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
: CR. No. 04-101-02ML
v. : 04-102-02ML
: 04-104-02ML
JOEL FRANCISCO :

**MOTION TO DISMISS INDICTMENTS**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and moves to dismiss the above-captioned three indictments.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

SO ORDERED:

MARY M. LISI
DISTRICT COURT JUDGE

DATE: ______________________

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this, the 19th day of September, 2005, I mailed a true copy of the within Motion and Order to Dismiss the Indictments, postage prepaid, to:

Damon D'Ambrosio, Esquire
1845 Smith Street
North Providence, Rhode Island 02911.

[signature]