Joel Trinidad # 05521-070
F.C.I. Butner-Medium
P.O. Box 1000
Butner, N.C. 27509

March 31, 2008

Clerk of Court
United States District Court
District of Rhode Island
U.S CourtHouse
119 Federal Building
One Exchange Terrace
Providence, R.I. 02903-1720

Re: Criminal Case # 04CR00101-01ML

Dear Clerk:

I would like the court to review my case under the 3582 "Crack Law" 706 and 701.

Appreciate in advance any consideration taken on this matter.

Yours sincerely,

Joel Trinidad # 05521-070
F.C.I. Butner-Medium
P.O. Box 1000
Butner, N.C. 27509